**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** |
| | : | **Magistrate Case No. 23-mj-171 (RMM)** |
| v. | : | |
| | : | |
| **MATTHEW BRACKLEY,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 111(a)(1)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding Certain Officers)** |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MATTHEW BRACKLEY**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, E.G. and M.S., officers from the United States Capitol Police Department, while such persons were engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victims and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

2

        Respectfully submitted,

        MATTHEW M. GRAVES  
        United States Attorney  
        D.C. Bar No. 481052

By:    /s/ Alexander Diamond  
        ALEXANDER M. DIAMOND  
        NY Bar No. 5684634  
        Assistant United States Attorney  
        District of Columbia  
        601 D St. NW  
        Washington, DC 20530  
        (202) 506-0427  
        Alexander.Diamond@usdoj.gov