CARL J. NICHOLS, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **1:24-CR-00009-CJN** |
| | ) | |
| v. | ) | |
| | ) | |
| **MATTHEW BRACKLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO SELF-SURRENDER FOR SERVICE OF SENTENCE

Matthew Brackley, by and through his undersigned counsel of record, respectfully requests that this Court extend the time for his self-surrender to the Bureau of Prisons.

On May 14, 2024, this Honorable Court sentenced Mr. Brackley for his conduct on January 6, 2021, to, among other things, 15 months of incarceration. On July 11, 2024, the United States Probation Office notified Mr. Brackley that he had been designated to Federal Medical Center (FMC) Devens with a reporting date no later than August 6, 2024. Mr. Brackley, who has remained released on his personal recognizance with no issues since his initial arrest on July 17, 2023, asks that he be permitted to self-surrender no later than September 10, 2024.

The Government does not oppose this request. The Government further noted in its response to counsel that it would be disinclined to agree to any further extensions.

1. **Mr. Brackley is attempting to save his family business**

As this Court may recall from sentencing, the United States Navy suspended Brackley Electric (the "company") from participating in Government contracting as a result of Mr. Brackley's actions on January 6, 2021. The company's counsel has worked diligently in an effort

1

to persuade the US Navy to reconsider its position and lift the suspension. To that end, representatives of the US Navy have requested a meeting with Mr. Brackley and company counsel on August 9, 2024, which is three days after the current reporting date.

Government contracting has been a critical component of Brackley Electric's business over the past five years and has enabled the company to provide stable jobs to support many families. This meeting with the US Navy representatives is critical and, if successful, may result in the suspension being lifted and jobs being saved. After the meeting, the US Navy will have 30 days either to lift the suspension or to continue it. They may request follow-on communications during that time period. The additional time to self-surrender would allow Mr. Brackley to continue to communicate with the Government in an effort to save his business.

Relatedly, Mr. Brackley has been working diligently for months to position Brackley Electric for survival in his absence. By way of example, he moved a field supervisor into an estimating and project management role. Although that individual is skilled and knowledgeable regarding the trade, he requires additional training. Mr. Brackley has been conducting that training, as well as training a new employee, who was hired to help automate the company's processes and integrate their software systems to reduce the company's dependence on spreadsheets. Mr. Brackley anticipates that another month of his assistance is crucial.

2. **Mr. Brackley is heavily involved in helping his church find a new home**

As demonstrated at sentencing, Mr. Brackley has been a religious man for many years. He currently serves on the deacon board of his church. Unfortunately, the lease for their meeting location was recently purchased by a developer who intends to demolish the building. In the coming months, Mr. Brackley's church will be displaced. Consequently, Mr. Brackley and others have been working to secure a new lease on another meeting location. Because of his business acumen and experience, Mr. Brackley has been the primary lead on negotiating the new lease and

coordinating the logistics of the move. Finding a location that will accommodate the 200-plus members has been a challenge, but they are close to finalizing an agreement with the Nazarene church organization to secure a long-term lease in a vacant church building. Mr. Brackley anticipates that they will be able to sign a lease in the next few weeks. However, their board meets only once a month. An extension until September 10 would ease some of the pressure of this undertaking, allowing Mr. Brackley to finalize this agreement and secure a meeting location for his congregation prior to his period of incarceration.

## **CONCLUSION**

Mr. Brackley has complied with the terms and conditions of his release with no issues. An extension of his self-surrender would not prejudice the Government, which does not oppose this request, nor would it impose a threat to the public. For these reasons, and those addressed above, Mr. Brackley respectfully requests that this Court extend his time to self-surrender to the Bureau of Prisons until September 10, 2024.

Dated:     July 18, 2024                          Respectfully submitted,

_____
Steven H. Levin (Federal Bar No. 28750)
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169

CARL J. NICHOLS, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 1:24-CR-00009-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW BRACKLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO SELF-SURRENDER FOR SERVICE OF SENTENCE**

This Court, having reviewed Defendant Matthew Brackley's Unopposed Motion to Extend Time to Self-Surrender For Service of Sentence, hereby ORDERS that the motion shall be and hereby is GRANTED and that Defendant must report no later than September 10, 2024, to his designated Bureau of Prisons facility.

Dated: _____

_____
The Honorable Carl J. Nichols
United States District Court Judge
United States District Court for the
District of Columbia